UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **14-20679-CIV-MORENO**

GEORGE PARILLA,

    Petitioner,

vs.

MICHAEL D. CREWS,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Petition for Writ of Habeas Corpus (**D.E. No. 1**), filed on **February 24, 2014**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 10**) on **December 17, 2014**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues. The Court notes that Petitioner has not filed objections to the Magistrate Judge's Report and Recommendation, and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (**D.E. No. 10**) on **December 17, 2014** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Petitioner's claim for ineffective assistance of counsel and his claim that his plea was involuntarily entered based on the newly discovered evidence are DENIED for the reasons stated in the Report and Recommendation. It is also

**ADJUDGED** no certificate of appealability shall issue because petitioner has failed to make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2). It is also **ADJUDGED** that all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of January, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record